**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

        - against -

Aldo Salazar,

                Defendant.
-----------------------------------------------------------------x

13 Cr 531 (RMB)

**ORDER**

The conference in this matter is rescheduled from 10:30 am on March 10, 2020 to 10:00 am on March 30, 2020.

Dated: New York, New York
       March 10, 2020

                                    **RICHARD M. BERMAN**
                                    U.S.D.J.