**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

                                  13 CR. 531 (RMB)

   -against-

                                  **ORDER**

ALDO SALAZAR,
                         Defendant.
-------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, November 15, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 5314

Dated: November 10, 2021
      New York, NY

                                   _____
                                    RICHARD M. BERMAN
                                     U.S.D.J.